UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60129-CIV-SMITH

MEIR RAPPAPORT,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC

    Defendant.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

This cause is before the Court on Defendant's Unopposed Motion to Stay Case Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc.* [DE 3]. Upon consideration, it is

    ORDERED THAT:

    1.    This case is **STAYED.**

    2.    Within fourteen (14) days of the Eleventh Circuit's issuance of its decision in *Hunstein*, the parties shall file a motion to lift the stay or a stipulation of dismissal.

    3.    All pending motions are **terminated**. Within ten (10) days of the stay being lifted, a party may request that a motion be reinstated.

    4.    The Clerk is directed to administratively **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 25th day of January 2022.

                                                                               **RODNEY SMITH**
                                                                               **UNITED STATES DISTRICT JUDGE**

cc   Counsel of record